IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BOBBY LEWIS WALTON, JR.,              :
                                     :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :        CIVIL ACTION NO.
                                     :        3:25-cv-00263-LMM
LAURIE HUDSON, et al.,               :
                                     :
                                     :
        Defendants.                  :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [3]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [3], as its opinion: this action is **DISMISSED** for failure to state a plausible claim for relief. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 18th day of February, 2026.

**Leigh Martin May**
**Chief United States District Judge**